**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | John Santoro | Social Security number or ITIN   xxx–xx–6499 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Joan Santoro | Social Security number or ITIN   xxx–xx–9344 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   20–21588–ABA

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

John Santoro               Joan Santoro

1/15/21                    **By the court:**   Andrew B. Altenburg Jr.
                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318               **Order of Discharge**               page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-21588-ABA |
| John Santoro | Chapter 7 |
| Joan Santoro | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 15, 2021 | Form ID: 318 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Santoro, Joan Santoro, 230 Boothby Court, Sewell, NJ 08080-2504 |
| 518986938 | + | Orions Mgmt, 711 E. Ball Road, Anaheim, CA 92805-5925 |
| 518986942 | + | Service Finance Company, Attn: Bankruptcy, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 518986949 | + | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 15 2021 21:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 15 2021 21:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518986921 | + | EDI: CAPITALONE.COM | Jan 16 2021 02:18:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518986922 | + | EDI: CAPONEAUTO.COM | Jan 16 2021 02:18:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518986923 | + | EDI: CITICORP.COM | Jan 16 2021 02:18:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518986924 | + | EDI: CITICORP.COM | Jan 16 2021 02:18:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518986925 | + | EDI: CITICORP.COM | Jan 16 2021 02:18:00 | Citimortgage, Attn: Centralized Bankruptcy, Po Box 9438, Gettsburg, MD 20898-9438 |
| 518986926 | + | EDI: WFNNB.COM | Jan 16 2021 02:18:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518986927 | + | EDI: WFNNB.COM | Jan 16 2021 02:18:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518986928 | + | EDI: WFNNB.COM | Jan 16 2021 02:18:00 | Comenitybank/trwrdsv, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 518986929 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 15 2021 22:34:47 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518986930 | | EDI: CITICORP.COM | Jan 16 2021 02:18:00 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518986931 | + | EDI: AMINFOFP.COM | Jan 16 2021 02:18:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518986932 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Jan 15 2021 21:40:00 | Freedom CU, Attn: Bankruptcy, 626 Jacksonville |

Case 20-21588-ABA    Doc 12    Filed 01/17/21    Entered 01/18/21 00:20:19    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 15, 2021 | Form ID: 318 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Road, Suite 250, Warminster, PA 18974-4862 |
| 518986933 | + | EDI: PHINGENESIS | Jan 16 2021 02:18:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 518986935 | + | EDI: HY11.COM | Jan 16 2021 02:18:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20809, Fountain Valley, CA 92728-0809 |
| 518986934 | + | EDI: HY11.COM | Jan 16 2021 02:18:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain City, CA 92728-0829 |
| 518986936 | | EDI: IRS.COM | Jan 16 2021 02:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518986937 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 15 2021 22:33:49 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518986939 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 15 2021 22:34:52 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 518986940 | | Email/Text: jennifer.chacon@spservicing.com | Jan 15 2021 21:43:00 | Select Portfolio Servicing, Attn: Bankruptcy, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518986943 | + | Email/Text: courts@southjerseyfcu.com | Jan 15 2021 21:41:00 | South Jersey FCU, Attn: Bankruptcy, Po Box 5530, Deptford, NJ 08096-0530 |
| 518986944 | + | EDI: RMSC.COM | Jan 16 2021 02:13:00 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518986945 | + | EDI: RMSC.COM | Jan 16 2021 02:13:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518987514 | + | EDI: RMSC.COM | Jan 16 2021 02:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518986946 | + | EDI: RMSC.COM | Jan 16 2021 02:13:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 518986947 | + | EDI: RMSC.COM | Jan 16 2021 02:13:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518986948 | | TitleMax |
| 518986941 | * | Select Portfolio Servicing, Attn: Bankruptcy, P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2021                Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2018-R1, Mortgage-Backed Notes, Series 2018-R1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Towd Point Mortgage Trust 2018-4 U.S. Bank National Association, as Indenture Trustee DMcDonough@flwlaw.com |
| Douglas S. Stanger | on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Marcia Y. Phillips | on behalf of Debtor John Santoro theladyjustice@outlook.com theladyjustice.phillips@gmail.com |
| Marcia Y. Phillips | on behalf of Joint Debtor Joan Santoro theladyjustice@outlook.com theladyjustice.phillips@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7