UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
John Santoro and  
Joan Santoro,  
              Debtors.

Case No.: __20-21588__  
Chapter: __7__  
Judge: __ABA__

## NOTICE OF PROPOSED ABANDONMENT

_____Douglas S. Stanger_____, _____Ch. 7 Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  
U.S. Post Office and Courthouse  
401 Market Street  
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable ___Andrew B. Altenburg, Jr.___ on ___April 20, 2021___ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  
    230 Boothby Court, Sewell, New Jersey - $165,696.00

Liens on property:  
    Select Portfolio Servicing - $44,540.00 and $6,770.00  
    Service Finance Company - $583.00

Amount of equity claimed as exempt: $113,803.00

Objections must be served on, and requests for additional information directed to:

Name: Douglas S. Stanger, Esq.  
Address: 646 Ocean Heights Avenue, Suite 103, Linwood, New Jersey 08221  
Telephone No.: (609) 645-1881

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:  
John Santoro  
Joan Santoro  
    Debtors

Case No. 20-21588-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Mar 19, 2021     Form ID: pdf905     Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Santoro, Joan Santoro, 230 Boothby Court, Sewell, NJ 08080-2504 |
| 518986931 | + | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518986938 | + | Orions Mgmt, 711 E. Ball Road, Anaheim, CA 92805-5925 |
| 518986940 | | Select Portfolio Servicing, Attn: Bankruptcy, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518986942 | + | Service Finance Company, Attn: Bankruptcy, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 518986949 | + | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 19 2021 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 19 2021 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518986921 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 19 2021 23:49:19 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518986922 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Mar 19 2021 23:39:42 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518986923 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2021 23:51:29 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518986924 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2021 23:51:19 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518986925 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2021 00:06:13 | Citimortgage, Attn: Centralized Bankruptcy, Po Box 9438, Gettsburg, MD 20898-9438 |
| 518986926 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 19 2021 21:12:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518986927 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 19 2021 21:12:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518986928 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 19 2021 21:12:00 | Comenitybank/trwrdsv, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 518986929 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 19 2021 23:38:08 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518986930 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2021 23:40:45 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518986932 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Mar 19 2021 21:11:00 | Freedom CU, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |

District/off: 0312-1 | User: admin | Page 2 of 3
Date Rcvd: Mar 19, 2021 | Form ID: pdf905 | Total Noticed: 31

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518986933 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 19 2021 21:15:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 518986935 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 19 2021 21:15:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20809, Fountain Valley, CA 92728-0809 |
| 518986934 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 19 2021 21:15:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain City, CA 92728-0829 |
| 518986936 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 19 2021 21:12:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518986937 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 20 2021 00:01:30 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518986939 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2021 23:39:35 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 518986943 | + | Email/Text: courts@southjerseyfcu.com | Mar 19 2021 21:13:00 | South Jersey FCU, Attn: Bankruptcy, Po Box 5530, Deptford, NJ 08096-0530 |
| 518986944 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 20 2021 00:02:24 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518986945 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 19 2021 23:48:52 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518987514 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 19 2021 23:48:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518986946 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 19 2021 23:48:52 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 518986947 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 19 2021 23:37:22 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518986948 | | TitleMax |
| 518986941 | * | Select Portfolio Servicing, Attn: Bankruptcy, P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 21, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2021 at the address(es) listed

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 19, 2021 | Form ID: pdf905 | Total Noticed: 31 |

**below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2018-R1, Mortgage-Backed Notes, Series 2018-R1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Towd Point Mortgage Trust 2018-4  U.S. Bank National Association, as Indenture Trustee DMcDonough@flwlaw.com |
| Douglas S. Stanger | on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com  diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Marcia Y. Phillips | on behalf of Debtor John Santoro mphillips@uprightlaw.com  theladyjustice.phillips@gmail.com |
| Marcia Y. Phillips | on behalf of Joint Debtor Joan Santoro mphillips@uprightlaw.com  theladyjustice.phillips@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7